UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
U.S. SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

     -against-

SYNDICATED FOOD SERVICE
INTERNATIONAL, INC., NICK PIRGOUSIS,
FRANK DOLNEY, DELTA ASSET
MANAGEMENT COMPANY, LLC, WILLIAM
BROWN, GARY TODD, MARIO CASIAS,
WILLIAM KEELER, WILLIAM SCOTT,
THOMAS TANIS, IAIN H.T. BROWN, IAIN
BROWN, FIDRA HOLDINGS, LTD., JEFFREY
RICHARDSON, PETER MOULINOS,
MICHELLE KRAMISH KAIN, JOSEPH
FERRAGAMO, ADAM KLEIN, and
CHRISTOPHER QUINTANA,

                    Defendants.
-------------------------------------------------------X

CORRECTED
FINAL
JUDGMENT
04-CV- 1303 (NGG)

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 28, 2014, adopting in its entirety the Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated February 14, 2014; granting in part and denying in part Plaintiff's motion for final judgments; directing the Clerk of Court to enter judgment as follows: (1) for Defendant Richardson, judgment in the amount of $329,000.00 representing $274,000.00 in disgorgement and $55,000.00 in civil penalties; (2) for Defendant Klein, judgment in the amount of $157,000.00, representing $151,500.00 in disgorgement and $5,500.00 in civil penalties; (3) for Defendant Keeler, judgment in the amount of $220,000.00; and ordering that No Subject Defendants shall be assessed prejudgment interest; it is

**JUDGMENT** 04-CV- 1303 (NGG)

ORDERED and ADJUDGED that final judgment is hereby entered in favor of Plaintiff U.S. Securities and Exchange Commission and against Defendant Jeffrey Richardson, in the amount of $329,000.00; and that it is further,

ORDERED and ADJUDGED that final judgment is hereby entered in favor of Plaintiff U.S. Securities and Exchange Commission and against Defendant Adam Klein, in the amount of $157,000.00; and that it is further,

ORDERED and ADJUDGED that final judgment is hereby entered in favor of Plaintiff U.S. Securities and Exchange Commission and against Defendant William Keeler in the amount of $220,000.00.

Dated: Brooklyn, New York  
April 01, 2014

Douglas C. Palmer  
Clerk of Court

by: /s/ *Janet Hamilton*  
Deputy Clerk